IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40665
Summary Calendar

_____

BENNIE FINISTER,

Plaintiff-Appellant,

versus

CHRISTOPHER WHITE; UNIDENTIFIED WELCH,

Defendants-Appellees,

and

UNIDENTIFIED ALFRED,

Defendant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CV-897
- - - - - - - - - - -
June 13, 1997
Before HIGGINBOTHAM, DUHE' and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Bennie Finister, Texas state prisoner #649506, requests
permission to proceed in forma pauperis ("IFP") in the appeal of
the dismissal of his 42 U.S.C. § 1983 action. On March 4, 1997,
this court advised Finister that his appeal would be dismissed in
thirty days unless he moved to proceed IFP within the procedures

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

of 28 U.S.C. § 1915(a), as amended by the Prison Litigation Reform Act of 1995 ("PLRA"). Although Finister timely responded, the documents he filed do not comply with § 1915(a); the trust fund account information covers the wrong six-month period. See § 1915(a). Accordingly, Finister's motion for leave to proceed IFP on appeal is DENIED, and his appeal is DISMISSED for want of prosecution. See 5th Cir. R. 42.3. Should Finister wish to reinstate his appeal, he is instructed to pay the $105 filing fee to the clerk of the district court within 30 days from the date of this order. Finister's motion for injunctive relief is DENIED without prejudice to his right to refile the motion should he choose to pursue his appeal by paying the appellate filing fee.

MOTIONS TO PROCEED IFP AND FOR INJUNCTIVE RELIEF DENIED; APPEAL DISMISSED.